UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 2:25-cr-00017-HYJ-MV

v.                                Hon. Hala Y. Jarbou

JOSHUA BRIAN KUEHN,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Initial Pretrial Conference<br>Scheduling Conference |
| Date/Time: | December 3, 2025   11:00 AM |
| Magistrate Judge: | Maarten Vermaat |
| Place/Location: | Marquette, MI |

*Counsel should come prepared to discuss trial dates and/or ends of justice motions. Defendant must attend unless their appearance is waived in writing at least three (3) business days before the conference. The parties shall each e-file an IPTC summary statement within 7 days of the date of this notice. See the Court's standard IPTC summary statement forms at www.miwd.uscourts.gov under Forms/Criminal Forms. Defendant and counsel may participate by video. The link will be emailed to counsel.*

                                        MAARTEN VERMAAT
                                        U.S. Magistrate Judge

Dated:  November 18, 2025     By:  /s/ C. A. Moore_____
                                         Courtroom Deputy