UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　Case No. 2:25-cr-17

　　　　　Plaintiff,　　　　　　　　　　　　Hon. Hala Y. Jarbou
　　　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge
v.

JOSHUA BRIAN KUEHN,

　　　　　Defendant.
_____/

## ORDER

Defendant Kuehn was indicted by a federal grand jury on October 15, 2025. (ECF No. 1.) He was arrested in the Eastern District of Wisconsin (EDWI) and appeared in Milwaukee, WI, before Hon. Stephen C. Dries on October 28, 2025. At that initial appearance, Judge Dries released Defendant Kuehn on bond with a set of conditions. (ECF No. 8-2.)

Judge Dries's conditions of release did not include an unsecured bond or a requirement that Defendant surrender any passport he might possess.

The undersigned conducted an initial appearance and arraignment on the charges in the indictment on November 17, 2025, via Zoom conferencing. Defendant Kuehn was represented by retained counsel – Attorney Charles E. Chamberlain.

At that hearing, Defendant moved the Court to amend the conditions of release imposed by Judge Dries by asking that Kuehn's travel restriction be expanded to include the Western District of Wisconsin (WDWI) and the Western District of

Michigan (WDMI), with the understanding that in order to meet with his attorney in Grand Rapids, Michigan, he will also be traveling through Indiana and Illinois.

The Court will also impose the following additional conditions:

- Defendant is released on an unsecured Personal Recognizance (PR) bond;
- Defendant shall surrender his passport, if he has one, to the U.S. Probation Office;
- Defendant's travel is restricted to the State of Wisconsin. Defendant may travel to the Western District of Michigan (WDMI) <u>only</u> for court appearances and meetings with his attorney. When Defendant travels to WDMI for the aforementioned purposes, Defendant will notify Pretrial Services in advance of such travel, giving as much notice as possible. In addition, when Defendant travels to WDMI, he is authorized to travel through Illinois and Indiana.

IT IS HEREBY ORDERED THAT the conditions of release imposed by the District Court for the Eastern District of Wisconsin shall remain in effect but shall include the conditions noted above.

IT IS FURTHER ORDERED THAT Defendant shall surrender his passport, if he has one, to the U.S. Probation Office in the Eastern District of Wisconsin.

IT IS SO ORDERED.

Dated: December 1, 2025         /s/ *Maarten Vermaat*
                                MAARTEN VERMAAT
                                U.S. MAGISTRATE JUDGE