UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        No. 2:25-cr-17-HYJ

vs.        Hon. Hala Y. Jarbou

JOSHUA BRIAN KUEHN,

        Defendant.

**DEFENDANT'S FIRST MOTION
FOR ENDS-OF-JUSTICE CONTINUANCE**

NOW COMES the defendant, Joshua Brian Kuehn, by and through his attorneys, WILLEY & CHAMBERLAIN LLP, and hereby moves, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, and other authority to continue the final pretrial conference and trial to dates after April 1, 2026.

This motion is supported by the accompanying memorandum.

Dated: December 10, 2025

Respectfully Submitted,

WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant Kuehn

/s Charles E. Chamberlain, Jr.
_____
Charles E. Chamberlain, Jr. (P33536)
Peter A. VanGelderen (P73427)

300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503-2314
(616) 458-2212
cec@willeychamberlain.com
pav@willeychamberlain.com