UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,           No. 2:25-CR-17-HYJ-MV

vs.                                Hon. Hala Y. Jarbou

JOSHUA BRIAN KUEHN,

                    Defendant.

## CONSENT TO ADJOURNMENT

NOW COMES the defendant, Joshua Brian Kuehn, by and through his attorneys, WILLEY & CHAMBERLAIN LLP, and hereby submits, pursuant to the Court's order of December 10, 2025, ECF No. 23, PageID.87, the attached executed Consent to Adjournment in support of his motion for an ends-of-justice continuance, as counsel inadvertently attached an unexecuted copy of the form to the supporting memorandum.

Dated:  December 11, 2025

                               Respectfully Submitted,

                               WILLEY & CHAMBERLAIN LLP
                               Attorneys for Defendant Kuehn

                                   */s Charles E. Chamberlain, Jr.*
                               _____
                               Charles E. Chamberlain, Jr. (P33536)

                               300 Ottawa Avenue, N.W., Suite 810
                               Grand Rapids, Michigan 49503-2314
                               (616) 458-2212
                               cec@willeychamberlain.com