UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

          Plaintiff,                  Case No. 2:25–cr–00017–HYJ–MV

          v.                       Hon. Hala Y. Jarbou

JOSHUA BRIAN KUEHN,

          Defendant.

_____/


## ORDER

      Defendant's unopposed first motion for bond modification is granted in part and denied in part. Defendant may travel on March 3, 2026 from Waterford, Wisconsin to Grand Rapids, Michigan to meet with his attorney, to arrive home on March 4, 2026, no later than 11:59 pm. Neither the bond order. ECF No. 8–2 nor the supplemental bond order, ECF No. 15, will be modified.

      IT IS SO ORDERED.


Dated:  March 6, 2026                /s/ Maarten Vermaat
                                    MAARTEN VERMAAT
                                    U.S. Magistrate Judge