UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,    No. 2:25-cr-17-HYJ

vs.           Hon. Hala Y. Jarbou

JOSHUA BRIAN KUEHN,

      Defendant.

## DEFENDANT'S SECOND MOTION
## FOR ENDS-OF-JUSTICE CONTINUANCE

NOW COMES the defendant, Joshua Brian Kuehn, by and through his attorneys, WILLEY & CHAMBERLAIN LLP, and hereby moves, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, and other authority to continue the final pretrial conference and trial to dates after May 10, 2026.

This motion is supported by the accompanying memorandum.

         Respectfully Submitted,

Dated: March 9, 2026

         WILLEY & CHAMBERLAIN LLP
         Attorneys for Defendant Kuehn


          */s  Charles E. Chamberlain, Jr.*
         _____
         Charles E. Chamberlain, Jr. (P33536)
         Peter A. VanGelderen (P73427)

         300 Ottawa Avenue, N.W., Suite 810
         Grand Rapids, Michigan 49503-2314
         (616) 458-2212
         cec@willeychamberlain.com
         pav@willeychamberlain.com