UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                    Case No. 2:25-cr-17

v.

                                    Hon. Hala Y. Jarbou

JOSHUA BRIAN KUEHN,

      Defendant.

_____/

## <u>ORDER GRANTING SECOND ENDS OF JUSTICE CONTINUANCE</u>

This matter is before the Court on Defendant's request for an ends of justice continuance. Currently, the final pretrial conference is scheduled for March 18, 2026, and the jury trial is scheduled for April 13, 2026.  The request for a continuance was made to allow additional time for parties to continue negotiating a resolution and for additional discovery to be produced. Defendant has consented to the request for a continuance (ECF No. 29-1).

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and Defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv). Having considered the factors under § 3161(h)(7)(B) and the circumstances set forth in the motion, the Court finds that the additional time needed is warranted, and a miscarriage of justice would result absent the continuance.  *See* 18 U.S.C. § 3161(h)(7)(B)(i), (B)(iv).

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Ends of Justice Continuance (ECF No. 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that the jury trial is rescheduled to **May 11, 2026, at 8:45 AM** at the U.S. District Court in Marquette, Michigan, before the <u>Hon. Paul L. Maloney</u>.

2

**IT IS FURTHER ORDERED** that the final pretrial conference is rescheduled to **May 5, 2026, at 1:30 PM** before the <u>Hon. Maarten Vermaat</u>.  This conference will be conducted by video.  Counsel who will try this case shall appear at the final pretrial conference.  The attendance of Defendant is required unless specifically waived.

**IT IS FURTHER ORDERED** that motions in limine must be filed no later than twenty-one (21) days prior to the final pretrial conference.  Counsel must confer in good faith to resolve the disputed motions in limine before the filing.

Dated: <u>March 10, 2026</u>                                    <u>/s/ Hala Y. Jarbou</u>
                                                                              HALA Y. JARBOU
                                                                              CHIEF UNITED STATES DISTRICT JUDGE