UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,                        Case No. 2:25–cr–00017–HYJ–MV

     v.                           Hon. Hala Y. Jarbou

JOSHUA BRIAN KUEHN,

      Defendant.

_____/


## **NOTICE OF HEARING**


TAKE NOTICE that a hearing has been **rescheduled** as set forth below:


| | |
|---|---|
| Type of hearing(s): | Change of Plea Hearing |
| Date/Time: | May 18, 2026   01:00 PM<br>*(previously set for May 11, 2026 at 11:00 AM*) |
| Chief Judge: | Hala Y. Jarbou |
| Place/Location: | 128 Federal Building, Lansing, MI |

*Rescheduled at Defendant's request due to a scheduling conflict.*


                                HALA Y. JARBOU
                                Chief United States District Judge

Dated:  May 8, 2026       By:   _/s/ A. Seymore_____
                                  Case Manager