UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,          No. 2:25-CR-17-HYJ-MV

vs.                            Hon. Hala Y. Jarbou

JOSHUA BRIAN KUEHN,

                Defendant.

## MOTION FOR BOND PENDING IMPOSTION OF SENTENCE

NOW COMES the defendant, Joshua Brian Kuehn, by and through his attorneys, WILLEY & CHAMBERLAIN LLP, and hereby moves, pursuant to the Bail Reform Act, 18 U.S.C. § 3142, *et seq*., and other authority for bond pending imposition of sentence.

This motion is supported by the accompanying memorandum.

Dated: May 15, 2026

                        Respectfully Submitted,

                        WILLEY & CHAMBERLAIN LLP
                        Attorneys for Defendant Kuehn

                         s/ *Charles E. Chamberlain, Jr.*
                        _____
                        Charles E. Chamberlain, Jr. (P33536)

                        300 Ottawa Avenue, N.W., Suite 810
                        Grand Rapids, Michigan 49503-2314
                        (616) 458-2212
                        cec@willeychamberlain.com