UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 2:25–cr–00017–HYJ–MV

        v.                         Hon. Hala Y. Jarbou

JOSHUA BRIAN KUEHN,

        Defendant.

_____/


## NOTICE OF HEARING


TAKE NOTICE that a hearing has been scheduled as set forth below:


Type of hearing(s):    Sentencing
Date/Time:            September 28, 2026   03:00 PM
Chief Judge:         Hala Y. Jarbou
Place/Location:      128 Federal Building, Lansing, MI

*Pursuant to W.D. Mich. LCrR 32.2(g) and Chief Judge Jarbou's Information and Guidelines on the Court website, all sentencing memoranda, including memoranda in support of a motion for departure or variance, must be filed no later than fourteen (14) days before the date set for sentencing. Furthermore, any request for a departure or variance must be submitted separately and clearly captioned as such, per W.D. Mich. LCrR 32.2(g).*


                            HALA Y. JARBOU
                            Chief United States District Judge

Dated:  May 19, 2026       By:    /s/ A. Seymore_____
                            Case Manager