UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 2:25−cr−00017−HYJ−MV

v.

Hon. Hala Y. Jarbou

JOSHUA BRIAN KUEHN,

Defendant.
______________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | October 27, 2026 11:00 AM *(previously set for September 28, 2026)* |
| Chief Judge: | Hala Y. Jarbou |
| Place/Location: | 128 Federal Building, Lansing, MI |

*Rescheduled to give additional time for completion of presentence investigation report.*

HALA Y. JARBOU
Chief United States District Judge

Dated: July 16, 2026

By: /s/ A. Seymore
Case Manager